IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | ) |
| | ) |
| DENE AURIELLE SHAEFFER, | ) Case No 17-30052 |
| | ) Chapter 7 |
| | ) |
| Debtor(s). | ) |

**MOTION FOR DETERMINATION OF CONTEMPT AND SANCTIONS
FOR VIOLATION OF THE DISCHARGE INJUNCTION**

COMES NOW, Debtor, DENE AURIELLE SHAEFFER, by and through her undersigned counsel, Michael J. Benson, and for her Motion for Determination of Contempt and Sanctions for Violation of the Discharge Injunction states as follows:

1) That Debtor filed a Chapter 7 Bankruptcy in the Southern District of Illinois on January 20, 2017.

2) Jurisdiction is conferred on this Court pursuant to the provisions of 28 U.S.C. §1334 in that this proceeding arises in and is related to the above-captioned Chapter 7 case under Title 11 and concerns the Order of Discharge entered in such case.

3) This Court has both personal and subject matter jurisdiction to hear this case pursuant to 28 U.S.C. § 1334, 28 U.S.C. § 157(b)(2), 11 U.S.C. § 105 and 11 U.S.C. § 524.

4) Venue lies in this District pursuant to 28 U.S.C. §1391(b) and 28 U.S.C. §1409.

5) That Debtor listed a debt owed to Mikol and Dan Rosenbalm (hereinafter referred to as "Rosenbalm"), prior landlord, in her bankruptcy schedules with an address of PO Box 873222, Wasilla, AK 99687.

6) That on May 9, 2017 this Court entered an Order of Discharge in the instant matter.

7) That on May 11, 2017 this Court filed a Certificate of Notice identifying Mikol and Dan Rosenbalm with an address of PO Box 873222, Wasilla, AK 99687 as one of the creditors mailed notice of the discharge.

8) That the Order of Discharge contains an "**Explanation of Bankruptcy Discharge in a Chapter 7 Case**" and, inter alia, states, "**Creditors cannot collect discharged debts**. This order means that no one may make any attempt to collect a discharged debt from the debtors personally.  For example, creditors cannot sue, garnish wages, assert a deficiency,

or otherwise try to collect from the debtors personally on discharged debts.  Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally.  Creditors who violate this order can be required to pay debtors damages and attorney's fees."

9) During the pending bankruptcy, on January 25, 2017, Rosenbalm retained the legal services of Don Cary Collins to file a Motion for Relief of Stay.

10) That on February 16, 2017 this Court entered an Order Modifying the Automatic Stay which ordered, inter alia, "The automatic stay heretofore entered is modified to the extent necessary to allow Daniel Rosenbalm and Mikol B. Rosenbalm to proceed with enforcing their Forcile Entry & Detainer Order for Possession in the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois, Case #16-LM-1959, concerning the Residential Lease Agreement involving real property located at 230 Shawnee Court, O'Fallon, Illinois 62269.

11) On or about the weekend of February 24-26, 2017, Debtor moved out of the property located at 230 Shawnee Court, O'Fallon, IL 62269 and relinquished possession to Rosenbalm.

12) That on March 4, 2017, Rosenbalm emailed Debtor stating, "I totally intend to sue her once her bankruptcy case is dismissed."

13) On or about August 9, 2017, Debtor registered her son in the 4th grade at Laverna Evans Elementary School in O'Fallon, IL and her daughter in the 8th grade at Amelia Carriel Junior High School in O'Fallon, IL.

14) On or about August 9, 2017, Debtor signed a residential lease in the school district for the above schools to start on or about August 12, 2017 with Rob Cole from Judy Dempsey Realty.

15) On August 11, 2017 Rob Cole informs Debtor that he terminated her lease based upon "new information" that he received.

16) That Rosenbalm contacted Rob Cole to purposely cause Debtor to lose her new lease through Judy Dempsey Realty.

17) That Rosenbalm's action above caused Debtor and her minor children to be suddenly without a residence and forcing them to temporarily live in a hotel.

18) That on August 28, 2017, Rosenbalm sent several disturbing texts to Debtor.

19) Rosenbalm states via text, "How did the registration with your fake lease go?"
20) Rosenbalm further states via text, "District 90s no private school fool."
21) Rosenbalm continues to state via text, "I'm filing my suit against you this week. Just needed your bankruptcy to be final."
22) Rosenbalm continues to berate Debtor via text stating, "Rob and I are going to get your nigger kids."
23) Rosenbalm again continues via text stating, "Whatever fake Judy Dempsey lease."
24) That Rosenbalm acknowledges knowing and having spoken to Rob Cole by the above texts.
25) On September 5, 2017, both of Debtors children were removed from the above schools.
26) That 11 U.S.C §524(a)(2) states "A discharge in a case under this title operates as an injunction against the commencement or continuation of an action, the employment of process, or an act, to collect, recover or offset any such debt as a personal liability of the debtor, whether or not discharge of such debt is waived."
27) Rosenbalm has violated the above discharge injunction by continuously harassing and threatening Debtor, by taking the above actions to abuse and punish Debtor and her minor children and by threatening lawsuits to collect the debt even after the bankruptcy has concluded and a discharge order entered.
28) In committing one or more of the above acts Rosenbalm acted unreasonably, willfully, and in a vexatious manner, and forced Debtor to bring this Motion for Determination of Contempt.
29) That as a direct and proximate result of such conduct, Debtor has:
    a. Experienced damages of extreme emotional distress, embarrassment, humiliation and mental anguish in addition to and on behalf of her minor children;
    b. Incurred other actual damages;
    c. Incurred additional attorney fees at the rate of $200.00 per hour and expenses of litigation.
    d. Furthermore, these violations of the discharge injunction are willful and done with malice in order to harass and harmfully punish Debtor and create a hardship to defend an action and to unreasonably multiply the legal proceedings by potentially forcing Debtor to defend a proceeding separate and apart from the

completed bankruptcy case, all in an effort to collect from the Debtor and to intimidate the Debtor into doing whatever is necessary to pay the debt.

WHEREFORE, Debtor, DENE AURIELLE SHAEFFER, respectfully requests for the entry of an Order finding Creditor, Mikol and Dan Rosenbalm, to be in contempt for willful violation of this Court's May 9, 2017 Discharge Order, and award Debtor damages, costs, punitive damages and attorneys' fees, and for any and other such relief as this Court deems just and equitable.

RESPECTFULLY SUBMITTED,

By: /s/MICHAEL J. BENSON
Michael J. Benson #6284397
A Bankruptcy Law Firm, LLC
801 Lincoln Highway, Suite B
Fairview Heights, IL 62208
618-207-6500
618-551-2575 fax
court@bensonlawfirms.com

## **CERTIFICATE OF SERVICE**

  Comes now Debtor, DENE AURIELLE SHAEFFER, by and through her attorney, and certifies that on November 14, 2017 via first-class mail, postage prepaid, a true and accurate copy of the Motion for Determination of Contempt and Sanctions for Violation of the Discharge Injunction was served upon the following people that were not served electronically:

Russell C. Simon
Chapter 13 Trustee
24 Bronze Pointe
Swansea, IL 62226

U.S. Trustee
Becker Building, Ste. 1100
401 Main St.
Peoria, IL 61602

Mikol and Dan Rosenbalm
P.O. Box 873222
Wasilla, AK 99687

Don Cary Collins
126 West Main Street
Belleville, IL 62220

                 /s/ Michael J. Benson